UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOUNG,<br><br>                              Plaintiff,<br><br>           -against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>                              Defendant. | Case Number: 1:15-cv-05854<br><br>**FOURTH AMENDED NOTICE OF DEPOSITION** |

To:   Ahmad Keshavarz, Esq.
      The Law Office of Ahmad Keshavarz
      16 Court St., 26th Floor
      Brooklyn, NY 11241-1026
      (718) 522-7900
      ahmad@NewYorkConsumerAttorney.com

   PLEASE TAKE NOTICE that Defendant Portfolio Recovery Associates, LLC will take the deposition of Plaintiff Susan Young on February 20, 2017, beginning at 9 a.m., at the law offices of Troutman Sanders LLP, 875 Third Avenue, New York, New York 10022, pursuant to FED. R. CIV. P. 26 and 30.  This deposition will be taken before a notary public or other officer duly authorized by law to administer oaths, and will be recorded by a stenographer.

   The deposition will continue from day-to-day until completed.

Dated:  February 3, 2017         **PORTFOLIO RECOVERY ASSOCIATES, LLC**
New York, New York

                                 */s/Amanda L. Genovese*
                                 **TROUTMAN SANDERS LLP**
                                 Amanda L. Genovese, Esq.
                                 875 Third Avenue
                                 New York, NY 10022
                                 Tel: (212) 704-6227
                                 amanda.genovese@troutmansanders.com
                                 *Attorney for Defendant*
                                 *Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, I served the foregoing Notice of Deposition by electronic mail to the party listed below:

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
(718) 522-7900
ahmad@NewYorkConsumerAttorney.com

*/s/ Amanda L. Genovese*
Amanda L. Genovese

**TROUTMAN SANDERS LLP**
*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

Active 30360008v1 026045.000068