UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN YOUNG,<br><br>          Plaintiff,<br><br> -against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>          Defendant. | Case Number: 1:15-cv-05854<br><br>**NOTICE OF DEPOSITION** |

To: Ahmad Keshavarz, Esq.
   The Law Office of Ahmad Keshavarz
   16 Court St., 26th Floor
   Brooklyn, NY 11241-1026
   (718) 522-7900
   ahmad@NewYorkConsumerAttorney.com

  PLEASE TAKE NOTICE that Defendant Portfolio Recovery Associates, LLC will take the deposition of Kevin Garrett on February 20, 2017, beginning at 1:00 p.m., at the law offices of Troutman Sanders LLP, 875 Third Avenue, New York, New York 10022, pursuant to FED. R. CIV. P. 26 and 30. This deposition will be taken before a notary public or other officer duly authorized by law to administer oaths, and will be recorded by a stenographer.

  The deposition will continue from day-to-day until completed.

Dated: February 3, 2017    **PORTFOLIO RECOVERY ASSOCIATES, LLC**
New York, New York

              */s/Amanda L. Genovese*
              **TROUTMAN SANDERS LLP**
              Amanda L. Genovese, Esq.
              875 Third Avenue
              New York, NY 10022
              Tel: (212) 704-6227
              amanda.genovese@troutmansanders.com
              *Attorney for Defendant*
              *Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2017, I served the foregoing Notice of Deposition by electronic mail to the party listed below:

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
(718) 522-7900
ahmad@NewYorkConsumerAttorney.com

*/s/ Amanda L. Genovese*
Amanda L. Genovese

**TROUTMAN SANDERS LLP**
*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

30360031